393 A.2d 1274

Commonwealth v. Azorsky, Appellant.

Argued April 11, 1978. Sanford S. Finder, for appellant; Jack L. Bergstein, with him Shire, Bergstein & Caruso, for Commonwealth, appellee.

Order affirmed.

393 A.2d 1274

Commonwealth v. Collins, Appellant.

Argued April 14, 1978. Dennis J. Clark, with him Thomas A. Livingston, for appellant; Conrad B. Capuzzi, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.